LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EARNELL WORTHY, an individual, Plaintiff,<br><br>v.<br><br>MANPOWER US INC., a Delaware Corporation, KYLE (LAST NAME UNKNOWN), an individual, and DOES 1 through 100, inclusive, Defendants. | Case No. 5:21-CV-01401-SVW-SP<br><br>ORDER RE: JOINT STIPULATION OF DISMISSAL |

1  Based on the stipulation simultaneously submitted and good cause appearing,
2  the Court hereby orders this case dismissed with prejudice as to Plaintiff EARNELL
3  WORTHY's Complaint, as to all named defendants, with each party to bear their
4  own attorneys' fees and costs.

6  Dated: September 27, 2022

   _____
   HON. STEPHEN V. WILSON
   UNITED STATES DISTRICT JUDGE

4885-7179-2430.1 / 096215-1071

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.705.3000

3.

[PROPOSED] ORDER RE: JOINT STIPULATION RE: DISMISSAL